160 A.3d 704

RICHARD J. SPILLANE, APPELLANT-PETITIONER, v.
NEW JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT-RESPONDENT.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005317–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 704

IN THE MATTER OF MICHAEL BIAZZO, DOUGLAS FOSTER, WILLIAM HERTLINE, III, VITO MOLES, MICHAEL KILLION AND MICHAEL HUTNAN, TOWNSHIP OF PENNSAUKEN POLICE DEPARTMENT (MICHAEL BIAZZO, ET AL., PETITIONERS)

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003537–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.